**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**BUFFALO DIVISION**

| | |
|---|---|
| DAVID FARNSWORTH, ) | Case No. 1:13-cv-00380-JTC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF SETTLEMENT** |
| ) | |
| DEBT RECOVERY SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of New York, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully submitted this 8th day of July, 2013.

ATTORNEYS FOR PLAINTIFF
*David Farnsworth*

s/ Jeanne Lahiff
Jeanne Lahiff, Esq.
NY Bar No. 2252435
***Weisberg & Meyers, LLC***
80 Broad Street, 5th Floor
New York, NY 10004
(888) 595-9111 ext. 511

(866) 842-3303 (fax)
JLahiff@attorneysforconsumers.com

*Please send correspondence to the address below:*

*Weisberg & Meyers, LLC*
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012

Notice Filed electronically on this 8th day of July, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 8th day of July, 2013, to:

s/ Lydia Bultemeyer
Lydia Bultemeyer